THE STATE OF IOWA, Appellee, v. JOHN GOEKEN, Appellant.

Intoxicating Liquors : APPEAL.

*Appeal from Cass District Court.*—HON. A. B. THORNELL, Judge.

SATURDAY, JANUARY 24, 1891.

THE defendant was convicted before a justice of the peace upon eight counts of an information for the unlawful sale of intoxicating liquors. He appealed to the district court, where he was again tried, and convicted on one count, and acquitted on the others. He appeals. *Affirmed.*

No appearance for appellant.

*John Y. Stone*, Attorney General, for the State.

ROTHROCK, J.—The record presented to this court is a transcript of the proceedings before the justice of the peace, and a transcript of the record entry of the trial and judgment in the district court, and of the instructions given by the court to the jury, and the verdict and judgment. There is no argument for appellant, and no claim made that the verdict is not supported by the evidence. We have examined the record, and find no error. AFFIRMED.